IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| WAYNE ROGERS,<br><br>*Plaintiff,*<br><br>vs.<br><br>S&A, INC., formerly known as EAST TEAK TRADING GROUP, INC., a Washington Corporation; THE ESTATE OF CHARLES T. VOLLSTEDT; and DEYONNE TEGMAN and VANCE VOLLSTEDT, individually and as co-executors of THE ESTATE OF CHARLES T. VOLLSTEDT,<br><br>*Defendants.* | CIVIL ACTION NO. 8:06-CV-1594-HFF<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

The Court, having been informed that this matter has been amicably concluded between the parties, upon joint motion of counsel for the Plaintiff and counsel for the Defendants, this matter is dismissed with prejudice.

IT IS SO ORDERED.

s/Henry F. Floyd
Henry F. Floyd
United States District Judge
District of South Carolina

Spartanburg, South Carolina

DATED:  January _15___, 2008

**I SO MOVE AND CONSENT:**

ROBINSON, MCFADDEN & MOORE, P.C.

s/ Kevin K. Bell
Attorneys for Plaintiff


ROE CASSIDY COATES & PRICE, P.A.

s/ William A. Coates
Attorneys for Defendants